# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

JOAN REICH-ANCELL AND
LEE ANCELL, her husband,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **00-06029**

GENERAL MOTORS CORPORATION,
a Delaware corporation,

CIV - FERGUSON
MAGISTRATE JUDGE
SNOW

**TO:** (Name and address of defendant)

GENERAL MOTORS CORPORATION    by serving its Registered Agent:
14262 I GM BUILDING                         CT CORPORATION SYSTEM
DETROIT, MICHIGAN  48202              1200 S. PINE ISLAND ROAD
                                                           PLANTATION, FLORIDA  33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK P. BOCKSTEIN, ESQ.
8751 WEST BROWARD BLVD. #305
PLANTATION, FL  33324

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLARENCE MADDOX

CLERK

(BY) DEPUTY CLERK

DATE January 7, 2000