IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-06029 CIV-FERGUSON</u>
MAGISTRATE JUDGE SNOW
FLORIDA BAR NO.: 291791

JOAN REICH-ANCELL AND
LEE ANCELL, her husband,

                **Plaintiffs,**

vs.

GENERAL MOTORS CORPORATION,
a Delaware corporation,

                **Defendants.**
_____/

## PLAINTIFF'S RESPONSE TO ANSWERS TO AFFIRMATIVE DEFENSES

The Plaintiffs, **JOAN REICH-ANCELL AND LEE ANCELL,** by and through their undersigned attorney, herein respond to the Affirmative Defenses contained in the Answer, dated February 22, 2000, filed by the Defendant, **GENERAL MOTORS CORPORATION,** and specifically deny each and every allegation of affirmative defense and having denied same, demand strict proof thereof.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail on March 7th, 2000, to **ERNEST H. EUBANKS, JR., ESQ.,** Rumberger, Kirk & Caldwell, P.A., P.O. Box 1873, Orlando, FL 32802-1873.

MARK P. BOCKSTEIN, ESQ.
Attorney for Plaintiff
8751 West Broward Blvd.   #305
Plantation, FL  33324
(305) 370-3862

