# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## HONORABLE WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

1. Case No. __00-6029__                          Date: __4/17/00__

2. Style __Joan Reich-Ancell v. General Motors__

3. Plaintiff's Counsel: __Not Present__

4. Defendant's Counsel: __E. Eubanks__

5. Type of Proceeding: __Status Conf.__

6. Result of hearing:    Motion Granted ☐    Motion Denied ☐

7. Case Continued to: _____ Trial Set for _____

8. Does the case require mediation? _____

Notes __Discussion of trial dates. Jan. 2001 T.P (Jan 2)__

Law Clerk:            Derek Lewis

Courtroom Deputy:     Troy Walker

Courtroom Reporter:   Paul Haferling