IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-06029 CIV-FERGUSON
MAGISTRATE JUDGE SNOW
FLORIDA BAR NO.: 291791

**JOAN REICH-ANCELL AND
LEE ANCELL,** her husband,

      Plaintiffs,

vs.

**GENERAL MOTORS CORPORATION,**
a Delaware corporation,

      Defendants.
_____/

### PLAINTIFFS' VOLUNTARY DISMISSAL OF ACTION
### AGAINST DEFENDANT

The Plaintiffs, through their undersigned counsel, hereby voluntarily dismiss, without prejudice, the Defendant in this matter from the above entitled action pursuant to the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: **ERNEST H. EUBANKS, JR., ESQ., Rumberger, Kirk & Caldwell, P.A., P.O. Box 1873, Orlando, FL 32802-1873** this 28th day of June, 2000.

              _____
              MARK P. BOCKSTEIN, ESQUIRE
              Attorney for Plaintiffs
              8751 West Broward Blvd. Suite 305
              Plantation, FL 33324
              (954) 370-3862