**CLOSED
CIVIL
CASE**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOAN REICH-ANCELL AND LEE ANCELL,    Case No. 00-6029-CIV-FERGUSON

    Plaintiffs,

vs.

GENERAL MOTORS CORPORATION, a Delaware corporation,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice. Having duly considered the Notice and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that this Cause is hereby **DISMISSED** without prejudice, with each party bearing its own fees and costs. It is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Final Order of Dismissal. **The case is closed**.



**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 27TH day of July, 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Mark P. Bockstein, Esq.
Ernest H. Eubanks, Esq.